JS - 6

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIANNE STAHL and VAL JEAN BUREAU,<br><br>             Plaintiffs,<br><br>     v.<br><br>GARRETT DEGIORGIO, et al.,<br><br>             Defendants. | ) NO. SACV 12-1061-JGB (MAN)<br>)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

   Pursuant to the Court's Order Dismissing Action,

   IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 25, 2013

                              _____
                                 JESUS G. BERNAL
                              UNITED STATES DISTRICT JUDGE